UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| CASEY NOLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 12-031-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ENHANCED RECOVERY CO., LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised that settlement has been reached on all issues in this case [Record No. 24], it is hereby

**ORDERED** as follows:

1. This matter is **DISMISSED**, without prejudice, and **STRICKEN** from the Court's active docket.

2. The parties shall tender an Agreed Order dismissing this case with prejudice within 45 days of the entry of this Order. The Court will entertain a motion to re-docket this action upon application to this Court within 45 days from entry of this Order if the settlement is not consummated.

This 20th day of May, 2013.



Signed By:
Danny C. Reeves   DCR
United States District Judge